IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-11714 |
| PATRICK REILY MURPHY, JR., | § § | |
| and | § § | |
| MITSY JAMES MURPHY | § § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| PROVIDENCE BANK | § § | |
| PLAINTIFF | § § | A.P. CASE NO. 20-01054 |
| PATRICK REILY MURPHY, JR. | § § | |
| DEFENDANT | § § | |

**FINAL ORDER OF NON-DISCHARGEABILITY**

Upon request of the parties, it is hereby Ordered, Adjudged and Decreed as follows:

1. The Court determines that the indebtedness due Plaintiff, Providence Bank by Defendant, Patrick Reily Murphy, Jr., is non-dischargeable pursuant to 11 U.S.C.§523(a)(2)(B) in the amount of $450,000.00.

2. Interest shall accrue upon said amount at 5% per annum until paid in full.

3. Costs are taxed to the Defendant.

Dated: February 5, 2021

/s/ Henry A. Callaway
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

Agreed to in advance by:

/s/ Robert P. Reynolds
Robert P. Reynolds, Esq.
REYNOLDS, REYNOLDS & LITTLE, LLC
Attorney for Plaintiff, Providence Bank
Post Office Box 2863
Tuscaloosa, Alabama 35403
Telephone: 205-391-0073
Email: rreynolds@rrllaw.com
File No. 1579.0000.3

_(signature)_
Jason R. Watkins, Esq.
O'HARA WATKINS, LLC
Attorney for Defendant, Patrick Reily Murphy, Jr.
1307 Main Street
Daphne, AL 36526
Telephone: 251-414-7779
Email: Jwatkins@oharawatkins.com

_(signature)_
Patrick Reily Murphy, Jr.

AP.Consent Judgment.1579.0000.3

2